UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kyle O'Connor,<br><br>            Plaintiff,<br>v.<br><br>GE Capital Retail Bank,<br><br>            Defendant. | Civil Action No.: _____<br><br>COMPLAINT |

For this Complaint, Plaintiff, Kyle O'Connor, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Kyle O'Connor ("Plaintiff"), is an adult individual residing in West Hartford, Connecticut, and is a "person" as defined by 47 U.S.C.A. § 153(39).

4. Defendant GE Capital Retail Bank ("GE"), is an Ohio business entity with an address of 950 Forrer Boulevard, Kettering, Ohio 45420, and is a "person" as defined by 47 U.S.C.A. § 153(39).

## FACTS

5. In or around January 2014, GE called Plaintiff's cellular telephone using an automatic telephone dialing system ("ATDS") and by using an artificial or prerecorded voice.

6. When Plaintiff answered the calls, he heard a prerecorded message advising him to hold to be connected to a live representative.

7. Plaintiff does not have an account with GE, and Plaintiff never provided his cellular telephone number to GE and never provided his consent to GE to be contacted on his cellular telephone.

8. When Plaintiff spoke with GE, he was told that GE was attempting to reach a person Plaintiff does not know.

9. Plaintiff directed GE to remove his number from the account and to cease all communication with him.

10. Nonetheless, GE continued to call Plaintiff.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, *et seq.*

11. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. Without Plaintiff's consent, GE called Plaintiff's cellular telephone using an ATDS and by using a prerecorded or artificial voice, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. GE continued to place automated calls to Plaintiff's cellular telephone after being advised that it had the wrong number. As such, each call

placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and is subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

14. The telephone number called by GE was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

15. The calls from GE to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that judgment be entered against Defendant:

1. As a result of each call made in negligent violation of the TCPA, an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B);

2. As a result of each call made in knowing and/or willful violation of the TCPA, an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: February 25, 2014

Respectfully submitted,

By   /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorney for Plaintiff

3